UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

          Plaintiff,

v.

                                               Case No. 12-20751

WILLIAM MICHAEL HOWARD,

          Defendant.
_____/

**ORDER SETTING HEARING ON DEFENDANT'S "EMERGENCY MOTION FOR COMPASSIONATE RELEASE"**

Currently pending before the court is Defendant's "Emergency Motion for Compassionate Release." (ECF No. 33.) The court has reviewed the briefing and determines that the facts and issues warrant additional argument. Accordingly, the court will set the motion for hearing. Due to the risks associated with in-person proceedings as a result of COVID-19, and consistent with the directives outlined in Eastern District of Michigan to Administrative Order 20-AO-038 (July 2, 2020), the hearing will be conducted via videoconferencing. The parties should be prepared to address, among other things, the following topics:

1) The steps required to fully complete the BOP's administrative exhaustion process for requests for compassionate release;

2) The status of Defendant's June 7th and June 17th requests for compassionate release in the BOP's administrative exhaustion process;

3) Defendant's post-release plan, including his proposed residence;

4) The role of the Probation Department in approving and administering this plan;

5) Any evidence that tends to establish that infection is more likely of less while in custody.

6) Whether the court is permitted to furlough an inmate to self-isolation, leaving the balance of the imposed sentence pending completion after infection danger has passed.

IT IS ORDERED that Defendant's "Emergency Motion for Compassionate Release" (ECF No. 33) is set for hearing on **August 5, 2020 at 3:00 pm. A Separate Notice with the ZOOM Webinar information to be issued.**

        s/Robert H. Cleland      /
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 29, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 29, 2020, by electronic and/or ordinary mail.

        s/Lisa Wagner      /
        Case Manager and Deputy Clerk
        (810) 292-6522

S:\Cleland\Cleland\HEK\Criminal\12-20751.HOWARD.order.setting.hearing.HEK.RHC.docx