| Facility | Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered |
|---|---|---|---|---|---|---|
| Ashland FCI | 0 | 0 | 0 | 0 | 0 | 1 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| ALDERSON FPC | 67 | 8 | 0 |
| ALICEVILLE FCI | 157 | 6 | 13 |
| ALLENWOOD LOW FCI | 91 | 1 | 1 |
| ALLENWOOD MEDIUM FCI | 83 | 1 | 1 |
| ALLENWOOD USP | 78 | 0 | 1 |
| ALPHA HOUSE (RRC) | 6 | 0 | 6 |
| ALVIS HOUSE INC (RRC) | 1 | 0 | 1 |
| ASHLAND FCI | 99 | 0 | 3 |